**IT IS ORDERED as set forth below:**



Date: August 2, 2018

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-69631-pmb |
| DOUGLAS MAURICE ANDERSON, SR., <br>            Debtor. | CHAPTER: 13 |
| | JUDGE: HONORABLE PAUL BAISIER |
| US BANK TRUST N. A., AS TRUSTEE OF BUNGALOW SERIES F TRUST, <br>Movant, | |
| v. | |
| DOUGLAS MAURICE ANDERSON, SR. <br>Debtor <br>MELISSA J. DAVEY, Trustee, <br>            Respondent(s). | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#65)

The above styled Motion filed May 17, 2018, (Docket No. 65) having been scheduled for a hearing before the Court on July 12, 2018, upon Notice of Assignment of Hearing to each of

the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

THE PARTIES AGREE that the post-petition arrearage through July 1, 2018, totals $1,098.32, including one (1) payments of $1,098.32.

This arrearage shall be paid as follows:

Debtor agrees to pay the sum of $1,098.32 instanter. Beginning August 1, 2018, Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to:

BSI Financial Services, Inc,
314 S Franklin Street   Titusville, PA 16354
Attn: Payment Processing Department

 or to such address as may be designated.

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 1708 Limestone Terrace, Lithonia, Georgia 30058 is **DENIED**, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents while this Chapter 13 proceeding is pending, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing. It is

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived. It is

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Andrew H. McCullen*
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com


/s/ Richard K. Valldejuli_____ with express permission
Richard K. Valldejuli, Bar No. 723225
Attorney for Debtor(s)
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324
Phone: (404) 636-9957
Email: ecf@valldejuliandassociates.com

NO OPPOSITION:

/s/ Jason L. Rogers_____ with express permission
Jason L. Rogers, Bar No. 142575
Attorney for Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303
Phone:  678-510-1444

DISTRIBUTION LIST

Douglas Maurice Anderson, Sr.
P.O. Box 1362
Lithonia, GA 30058

Richard K. Valldejuli
Valldejuli & Associates, LLC
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324

Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305